**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**COREY HEBERT, Individually and on**                                **PLAINTIFF**
**Behalf of All Others Similarly Situated**

**v.**                        **CASE NO. 4:21-CV-524-JM**

**SELECT REHABILITATION, LLC**                                       **DEFENDANT**

**JOINT MOTION FOR SETTLEMENT CONFERENCE**

COME NOW Plaintiff Corey Hebert and Defendant Select Rehabilitation, LLC, by and through their respective undersigned counsel, and for their Joint Motion for Settlement Conference state:

1. This case is currently set for a jury trial the week of October 3, 2022. *See* ECF No. 11. Currently, there is no Final Scheduling Order in this case but the proposed Discovery deadline is June 27, 2022. ECF No. 20. As such, no extension of existing trial dates should be necessary.

2. The parties have exchanged pay and time records for the Plaintiff and made initial settlement offers/demands. After analyzing the potential claims and defenses, the Parties would like to seek the potential for a settlement and respectfully request that the Court grant this joint request to set this case for settlement conference with the Magistrate Judge assigned by the Court.

3. The parties agree to seek a conference date as quickly as possible based upon the Magistrate Judge's schedule and availability.

WHEREFORE, the parties jointly request that the Court grant this Motion and for all other relief to which they may be entitled.

Respectfully submitted,

/s/   Lydia Hamlet
Josh Sanford, AR Bar No. 2001037
Lydia Hamlet, AR Bar No. 2011082
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, AR  72211
Email:  josh@sanfordlawfirm.com
Email: lydia@sanfordlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

And

Gregory J. Northen, AR Bar No. 2011181
CROSS, GUNTER, WITHERSPOON
 & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
(501) 371-9999
Fax: (501) 371-0035
Email: gnorthen@cgwg.com
**ATTORNEYS FOR DEFENDANT**