IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY HEBERT**                                                                                                    **PLAINTIFF**

v.                                            Case No. 4:21-cv-00524-JTK

**SELECT REHABILITATION LLC**                                                              **DEFENDANT**

## ORDER

This matter now comes before the Court on Plaintiff's Unopposed Motion for Leave to File First Amended Complaint (Doc. No. 29) and the Joint Motion to Dismiss and for Approval of Settlement Agreement (Doc. No. 32) made by and between Plaintiff Corey Hebert and Defendant Select Rehabilitation LLC (collectively referred to herein as "Parties").

The action was commenced under the Fair Labor Standards Act. Accordingly, the Court has reviewed the case materials and the proposed terms as set forth in the Settlement Agreement and Release attached to the motion for the purposes of determining whether the settlement should be approved. The Court is familiar with the nature of the underlying claims and has been provided with information regarding the details of the settlement.

The record clearly reflects the case was pursued in an adversarial context with capable counsel. Based on the Court's understanding of the underlying claims, the settlement appears fair and reasonable and meets the requirements of the Fair Labor Standards Act. Accordingly, the Court finds that the settlement should be approved.

Therefore, the Joint Motion to Dismiss and for Approval of Settlement Agreement (Doc. No. 32) is GRANTED. Plaintiff's Unopposed Motion for Leave to File First Amended Complaint (Doc. No. 29) is also GRANTED. Defendant is directed to pay the settlement amounts to the Plaintiffs and their attorneys as set forth in the settlement agreement. The Court will retain jurisdiction of this matter for sixty (60) days in order to give the parties time to perfect the settlement, and this case is hereby dismissed with prejudice subject to the sixty (60) day retention of jurisdiction for purposes of effectuating the settlement terms.

SO ORDERED this 18th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE